UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Brantley Capital Corporation Plaintiff,

-against-

Edward F. Siegal, et al. Defendant.

08 CIVIL 03711 (PAC)

-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Francis Joseph MALARA__

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __FM1455__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From: __Anne Penachio__

    To: __Lowey Dannenberg Cohen & Hart, P.C.__

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ Address: __One North Broadway, Ste. 509 White Plains NY 10601__
☑ Telephone Number: __(914) 997-0500__
☑ Fax Number: __(914) 997-0035__
☑ E-Mail Address: __FMALARA@LOWEY.COM__

Dated: __4/22/2008__