**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
BRANTLEY CAPITAL CORPORATION,        :   Case No.: 08 Civ. 3711(KMK)
                                   :
             Plaintiff,          :
                                   :
             v.                   :  **JUDGE:** Kenneth M. Karas
                                   :
EDWARD F. SIEGEL, L.P.A., EDWARD F. SIEGEL  :     **ECF CASE**
and EDWARD W. COCHRAN,              :
                                   :
            Defendants.       :
-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE

        Francis J. Malara, Esq. of Lowey Dannenberg Cohen & Hart, P.C. hereby appears as counsel for plaintiff Brantley Capital Corporation and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
       May 6, 2008

                         LOWEY DANNENBERG COHEN & HART, P.C.

                 By: **/S/** FRANCIS J. MALARA
                      Francis J. Malara (VB-1497)
                      One North Broadway - Suite 509
                      White Plains, NY  10601-2310
                      Telephone:  (914) 997-0500
                      Telecopier:  (914) 997-0035
                      Fmalara@Lowey.com

                      *Attorney for Plaintiff*