UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRANTLEY CAPITAL CORPORATION,                : Case No.: 08 Civ. 3711(KMK)
                                             :
                    Plaintiff,               :
                                             :
            v.                               : JUDGE: Kenneth M. Karas
                                             :
EDWARD F. SIEGEL, L.P.A., EDWARD F. SIEGEL   :
and EDWARD W. COCHRAN,                       :
                                             :
                    Defendants.              :
------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF AFFIDAVIT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR CERTIFICATE OF DEFAULT

Plaintiff hereby withdraws its application for Certificate of Default Judgement against Defendants Edward F. Siegel, L.P.A., Edward F. Siegel, and Edward Cochran which it submitted to this Court April 30, 2008 (D.E 6).

Dated:  White Plains, New York
        May 23, 2008

                                        LOWEY DANNENBERG COHEN & HART, P.C.

                                        By: _____
                                        Francis J. Malara (FM-9740)
                                        One North Broadway - Suite 509
                                        White Plains, NY  10601-2310
                                        Telephone: (914) 997-0500
                                        Telecopier: (914) 997-0035
                                        Fmalara@Lowey.com

                                        *Attorneys for Plaintiff*

1732 / NOT / 00088945.WPD v1