**MEMO ENDORSED**

# THE LAW OFFICES OF
# EDWARD F. SIEGEL

**27600 CHAGRIN BLVD. SUITE 340**
**CLEVELAND OHIO 44122**
(216) 831-3424
(216) 831-6584 (fax)
efsiegel@efs-law.com

Edward F. Siegel

**Of Counsel**
Irving S. Bergrin
Ronald S. Kahn

June 4, 2008

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
White Plains Division
300 Quarropas St.
White Plains, NY 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

    RE:    Brantley vs. Siegel
             08-3711

Your Honor:

    Please consider this to be a formal request to allow the Defendants in this matter to file documents and receive notices electronically. If this request is approved, I will contact the Clerk's office to get the necessary log in and password.

    Thank you for your attention to this matter.

Very truly yours,

Edward F. Siegel

EFS/le
CC:    Richard Cohen

*Granted. Even though a pro se case, the pro se parties are attorneys.*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.
6/9/08