```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANTLEY CAPITAL CORPORATION,

                Plaintiff,

    -v-                                            08-CV-3711 (KMK)

EDWARD F. SIEGEL, L.P.A., EDWARD F.
SIEGEL, and EDWARD W. COCHRAN,        MOTION SCHEDULING ORDER

                Defendants.

**KARAS, U.S.D.J.**

        At the conference held before the Court on June 3, 2008, the Court adopted the following scheduling order with respect to Defendants' motion to transfer:

        The movants shall serve their motion to transfer upon Plaintiff's counsel by no later than June 17, 2008. The respondent shall serve opposition papers upon the movants by no later than July 1, 2008. Reply papers shall be served upon Plaintiff's counsel by no later than July 11, 2008. Sur-reply papers will not be accepted unless prior permission of the Court is given.

        The Parties are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

        Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

        The movants shall electronically file their motion and reply papers with the Clerk only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movants that their papers are being filed. Courtesy copies are to be served upon the opposing party by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon the opposing party.

        If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    White Plains, New York
             June 9, 2008

                                                      KENNETH M. KARAS
                                         UNITED STATES DISTRICT JUDGE