# THE LAW OFFICES OF
# EDWARD F. SIEGEL

**27600 CHAGRIN BLVD. SUITE 140**
**CLEVELAND OHIO 44122**
(216) 831-3424
(216) 831-6584 (fax)
efsiegel@efs-law.com

Edward F. Siegel

Of Counsel
Irving S. Bergrin
Ronald S. Kahn

June 16, 2008

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
White Plains Division
300 Quarropas St. Chambers 533
White Plains, NY 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

VIA FACSIMILE ONLY – (914) 390-4152

RE:   Brantley Capital Corp. vs. Edward F. Siegel, LPA, et al.
      08-CIV-3711 (KMK);
      Unopposed Request for Continuance

Your Honor:

This letter is being faxed to you pursuant to approval received from Eric in your Chambers.

Defendant hereby requests that they be given an additional seven (7) days until June 21, 2008 to file their Motion for Transfer of Venue. We further request that the Plaintiffs be given until July 15, 2008 to respond to our motion. The parties are currently engaged in settlement negotiations which, if successful, will obviate the need for any further proceedings in this matter.

The foregoing request has been discussed with Richard Cohen, counsel for Brantley Capital Corp. who does not oppose it.

Very truly yours,

Edward F. Siegel

EFS/le
CC:   Richard Cohen

Granted.

*[signature]*
6/16/08