**Lowey Dannenberg Cohen & Hart, P.C.**

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

July 15, 2008

*FAXED PURSUANT TO ALICIA'S APPROVAL*

**MEMO ENDORSED**

<u>VIA FACSIMILE ONLY - (914) 390-4152</u>
The Honorable Kenneth M. Karas
United States District Court
   for the Southern District of New York
White Plains Division
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

   Re:  *Brantley Capital Corp. v. Edward F. Siegel, L.P.A., et al.*
       <u>08 Civ. 3711 (KMK) - Unopposed Request for Continuance</u>

Your Honor:

   As noted at the status conference June 3, 2008, summertime scheduling has caused a delay with respect to Plaintiff's response to defendants amended motion to transfer venue. A delay in delivery of the official transcript by the court reporter created an additional delay. Plaintiff hereby requests that they be given an additional seven (7) days until July 22, 2008 to file their Opposition Motion for Transfer of Venue. We further request that the Defendant be given 10 days until August 1, 2008 to reply to our Opposition.

   The foregoing request has been discussed with Edward F. Siegel, Defendant, who does not oppose it.

Very truly yours,

*Francis J. Malara*

Francis J. Malara

Granted

FJM:rd
cc: Edward F. Siegel, Esq.
    (via telecopier 216-831-6584)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
7/16/08

1732 / LTR / 00089855.WPD v1