```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Karas, J.

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRANTLEY CAPITAL CORPORATION,         :   Case No.: 08 Civ. 3711(KMK)
                                      :
                Plaintiff,            :
                                      :
        v.                            :   JUDGE: Kenneth M. Karas
                                      :
EDWARD F. SIEGEL, L.P.A., EDWARD F. SIEGEL :
and EDWARD W. COCHRAN,                :
                                      :
                Defendants.           :
------------------------------------------------------------X

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
### WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(a)(ii)

The undersigned, being all of the parties which have appeared in this action, hereby stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice, each party to bear its own costs.

_____          _____
EDWARD W. COCHRAN, *Pro Se*         Richard W. Cohen (RC-5220)
20030 Marchmont Road                LOWEY DANNENBERG COHEN &
Shaker Heights, OH 44122            HART, P.C.
Telephone: (216) 751-5546           One North Broadway, Suite 509
                                    White Plains, NY 10601-2310
_____          Telephone: (914) 997-0500
EDWARD F. SIEGEL, *Pro Se*          *Attorneys for Plaintiff*
and as attorney for
EDWARD F. SIEGEL CO., L.P.A.
27600 Chagrin Blvd., Suite 340
Cleveland, OH 44122
Telephone: (216) 504-5200


SO ORDERED:

_____                      DATED: 7/22/08
U.S.D.J.



B 110—General Release by individual. 10-05

BlumbergExcelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

## To all to whom these Presents shall come or may Concern,

**Know That** EDWARD COCHRAN, 20030 Marchmont Road, Shaker Heights, Ohio 44122

as RELEASOR,

in consideration of the sum of Ten dollars

($ 10.00 ),

received from BRANTLEY CAPITAL CORPORATION, 287 Bowman Avenue, 2nd Floor, Purchase, NY 10577

as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges Brantley Capital Corporation

the RELEASEE, RELEASEE'S ~~heirs, executors, adminis-~~ directors, officers, employees, agents, ~~trators,~~ successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

The words "RELEASOR" and "RELEASEE" include all releasors and all releasees under this RELEASE.

This RELEASE may not be changed orally.

**In Witness Whereof,** the RELEASOR has hereunto set RELEASOR'S hand and seal on the day of

**In presence of**

..................................................... L.S.
EDWARD COCHRAN

State of Ohio, County of Cuyahoga    SS.: ACKNOWLEDGMENT RPL309-a (Do not use outside New York State)
On July 20, 2008 before me, the undersigned, personally appeared EDWARD COCHRAN ~~personally known to me or~~ proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

(signature and office of individual taking acknowledgment)

B 111—General Release by Corporation, 10-05     BlumbergExcelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

## To all to whom these Presents shall come or may Concern,

**Know That** EDWARD F. SIEGEL CO., L.P.A., 27600 Chagrin Blvd., # 340, Cleveland, Ohio 44122

A corporation organized under the laws of the State of Ohio, as RELEASOR,
in consideration of the sum of Ten Dollars

($10.00),

received from BRANTLEY CAPITAL CORPORATION, 287 Bowman Avenue, 2nd Floor, Purchase, NY 10577

as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges Brantley Capital Corporation

the RELEASEE, RELEASEE'S officers, directors, employee agents ~~heirs, executors, adminis-tratrors,~~ successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S successors and assigns ever had, now have or hereafter can, shall or may have, for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

The words "RELEASOR" and "RELEASEE" include all releasors and all releasees under this RELEASE.

This RELEASE may not be changed orally.

**In Witness Whereof,** the RELEASOR has *caused this RELEASE to be executed by its duly authorized officers and its corporate seal to be hereunto affixed on*

**In presence of:**

EDWARD F. SIEGEL CO., L.P.A.
By _____ Pres.
EDWARD F. SIEGEL, President

OHIO

State of ~~New York~~, County of CUYAHOGA    SS.: ACKNOWLEDGMENT RPL309-a (Do not use outside New York State)
On _____ before me, the undersigned, personally appeared
EDWARD F. SIEGEL Co, L.P.A By EDWARD F. SIEGEL, ITS PRESIDENT
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

(signature and office of individual taking acknowledgment)
146 S. BERGRIN, Attorney At Law
Notary Public, State of Ohio
My commission has no expiration date
Section 147.03 R. C.

*If the party making payment is not the party released, delete words "as RELEASEE" and add names of parties released after the words "discharges"*



B 110—General Release by individual. 10-05

BlumbergExcelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

## To all to whom these Presents shall come or may Concern,

**Know That** EDWARD F. SIEGEL, 27600 Chagrin Blvd, #340, Cleveland, Ohio 44122

as RELEASOR,

in consideration of the sum of Ten dollars

($ 10.00 ),

received from BRANTLEY CAPITAL CORPORATION, 287 Bowman Avenue, 2nd Floor, Purchase, NY 10577

as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges Brantley Capital Corporation

officers, directors, employe
agents, successors
the RELEASEE, RELEASEE'S/heirs, executors, adminis-
trators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

The words "RELEASOR" and "RELEASEE" include all releasors and all releasees under this RELEASE.

This RELEASE may not be changed orally.

**In Witness Whereof,** the RELEASOR has hereunto set RELEASOR'S hand and seal on the
day of

**In presence of**

.................................................................... L.S.
EDWARD F. SIEGEL

State of Ohio , County of Cuyahoga SS.: ACKNOWLEDGMENT RPL309-a (Do not use outside New York State)
On July 18, 2008 before me, the undersigned, personally appeared Edward F. Siegel

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*(signature and office of individual taking acknowledgment)*
CRAIG S. BERGRIN, Attorney At Law
Notary Public - State of Ohio
Commission has no expiration date
Section 147.03 R. C.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EDWARD W. COCHRAN | ) | CASE NO.:08-925 (DCN) |
| | ) | |
| and | ) | |
| | ) | |
| EDWARD F. SIEGEL CO., L.P.A. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | JUDGE: NUGENT |
| | ) | |
| BRANTLEY CAPITAL CORPORATION | ) | |
| and | ) | |
| | ) | |
| PHILIP GOLDSTEIN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs hereby dismiss this action with prejudice, pursuant to Fed R. Civ. P. 41 (a) (1)(A)(i). In support of their Notice of Dismissal, Plaintiffs state that no Defendant has served an answer of a motion for summary judgment in this matter.

Dated: July 21, 2008

Respectfully submitted,

/s/ Edward F. Siegel
Edward F. Siegel Co. L.P.A.
Edward F. Siegel (Ohio 0012912)
27600 Chagrin Blvd., Ste. 340
Cleveland, OH 44122
(216) 831-3424
(216) 831-6584 (fax)
efsiegel@efs-law.com